# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153792(26)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SAGE GERADAS LEWIS,
      Defendant-Appellant.

SC:  153792
COA:  330717
Ottawa CC:  10-035009-FC

_____/

On order of the Court, the motion for reconsideration of this Court's November 30, 2016 order is considered, and it is DENIED, because it does not appear that the order was enter erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk

s0424